IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:95CR3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| ROBERT D. HOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America, and against the defendant, Robert D. Howell, providing that he shall take nothing, and his motion to vacate conviction (filing 83) is denied with prejudice.

May 2, 2005.                        BY THE COURT:

                                    s/ Richard G. Kopf
                                    United States District Judge